IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TRAVELERS CASUALTY AND SURETY )
COMPANY OF AMERICA, )
)
                    Plaintiff, )
)
vs. )
)
DATUM CONSTRUCTION MANAGEMENT, )
INC., et al., )
) No. 3:12-cv-0082-HRH
                    Defendants. )
_____)

O R D E R

Motion to Sever[1]

Plaintiff moves to sever the Jones defendants and continue this action as to the corporate defendants. The motion is unopposed.

By order of December 5, 2012,[2] proceedings in this case were stayed as to defendants Keith and Sherri M. Jones based upon their bankruptcy filings. In such situations, the court routinely stays proceedings as to defendants who have filed bankruptcy petitions and proceeds with the case as to other, unaffected parties. Accordingly, plaintiff's motion to sever was probably unnecessary, but is granted.

---

[1]Docket No. 32.

[2]Docket No. 34.

Order – Motion to Sever                                                              - 1 -

The court will proceed with plaintiff's motion[3] to dismiss defendants' counterclaim. With the exception of the foregoing motion to dismiss, this case remains stayed as to all parties as provided in the court's order of January 31, 2013.[4] In the latter regard, the court expects a status report from the parties on or before April 30, 2013.

DATED at Anchorage, Alaska, this <u>14th</u> day of February, 2013.

                                                  <u>s/ H. Russel Holland</u>
                                                  United States District Judge

---

[3] Docket No. 18.

[4] Docket No. 41.