H. Lee Cook, AK Bar No. 0309041
lee@leecooklaw.com
H. LEE COOK LAW, LLC.
4207 SE Woodstock Blvd, Suite 423
Portland, Oregon 97206
Telephone: 503.719.4529
Facsimile: 503.954.2512
Attorneys for Plaintiff
Travelers Casualty and Surety Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ANCHORAGE DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>            Plaintiff,<br><br>  v.<br><br>DATUM CONSTRUCTON MANAGEMENT, INC., an Idaho corporation, DATUM PROPERTIES, LLC, an Idaho limited liability company, KEITH JONES, individually, and SHERRI M. JONES, individually,<br><br>            Defendants. | No. 3:12-CV-00082<br><br>STIPULATED JUDGMENT OF DISMISSAL |

      This Stipulated Dismissal is entered into between Plaintiff Travelers Casualty and

Surety Company of America and all Defendants. The parties hereby stipulate to a judgment

of dismissal of all claims which were or could have been asserted by and between them with

Page 1– **TRAVELERS V. DATUM, 3:12-CV-00082**; STIPULATED JUDGMENT OF DISMISSAL

H. Lee Cook Law, LLC
4207 SE Woodstock Blvd, Suite 423
Portland, Oregon 97206
Telephone: 503.719.4529
Facsimile: 503.954.2512

Case 3:12-cv-00082-HRH   Document 43   Filed 02/26/13   Page 1 of 2

prejudice and without costs or attorney fees.

NOW THEREFORE, it is hereby ordered and adjudged that all claims between Plaintiff Travelers Casualty and Surety Company of America and Defendants are hereby dismissed with prejudice and without costs or attorney fees to any party.

Dated this ____ day of February, 2013.

_____
Hon. H. Russel Holland
U.S. District Court Judge

IT IS SO STIPULATED:

| /s/ H. Lee Cook_____ | /s/ Steven Jones_____ |
|---|---|
| H. Lee Cook, Alaska Bar No. 0309041 | Steven Jones, Alaska Bar No. 9311102 |
| 4207 SE Woodstock Blvd., Ste. 423 | P.O. Box 24154 |
| Portland, OR 97206 | Anchorage, AK 99524 |
| | |
| Of Attorneys for Plaintiff Travelers Casualty and Surety Company of America | Attorney for Defendants |

Page 2– **TRAVELERS V. DATUM, 3:12-CV-00082**; STIPULATED JUDGMENT OF DISMISSAL

**H. Lee Cook Law, LLC**
4207 SE Woodstock Blvd, Suite 423
Portland, Oregon 97206
Telephone: 503.719.4529
Facsimile: 503.954.2512

Case 3:12-cv-00082-HRH   Document 43   Filed 02/26/13   Page 2 of 2