IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


TRAVELERS CASUALTY AND SURETY )
COMPANY OF AMERICA, )
                            )
                 Plaintiff, )
                            )
      vs. )
                            )
DATUM CONSTRUCTION MANAGEMENT, )
INC., et al., )
                            )    No. 3:12-cv-0082-HRH
                Defendants. )
_____)


O R D E R

Case Dismissed

This court, having reviewed the parties' stipulated motion for judgment of dismissal,[1]

It is hereby ordered and adjudged that all claims between plaintiff Travelers Casualty and Surety Company of America and defendants are dismissed with prejudice, all parties to bear their own costs and attorney fees. Pending motions, if any, are denied.

DATED at Anchorage, Alaska, this 27th day of February, 2013.


s/ H. Russel Holland
United States District Judge


---

[1]Docket No. 43.

Order – Case Dismissed                                      - 1 -